# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY THERIOT,** | * | **CIVIL ACTION** |
| | * | **NO. 2:10-CV-01560** |
| Plaintiff, | * | |
| | * | **SECTION "J"** |
| **VERSUS** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **HALLIBURTON ENERGY SERVICES, INC.,** | * | **MAGISTRATE NO. 2** |
| **CAMERON INTERNATIONAL** | * | **MAG. JUDGE WILKINSON** |
| **CORPORATION f/k/a COOPER CAMERON** | * | |
| **CORPORATION, AND WEATHERFORD** | * | |
| **INTERNATIONAL, INC., AND/OR** | * | |
| **WEATHERFORD INTERNATIONAL, LTD.,** | * | |
| | * | |
| Defendants. | * | |
| ****************************************** | * | |

## ORDER

Considering the above and foregoing Motion For Stay Of Proceedings Pending Transfer By The Judicial Panel On Multidistrict Litigation,

**IT IS ORDERED, ADJUDGED AND DENIED** that Halliburton Energy Services, Inc.'s, Motion for Stay of Proceedings Pending Transfer By The Judicial Panel On Multidistrict Litigation is hereby GRANTED.

**DENIED** [stamped]

THUS DONE and SIGNED at New Orleans, Louisiana, on this  9th  day of June, 2010.

_____
United States District Judge